IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Case No. 17-cv-00140-RM

FRANCIS E. ALLEN,

    Plaintiff,

v.

MATT SMITH,
COLORADO HULA HOOPS LLC,

    Defendants.

_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

In light of the representations made in the Stipulated Motion to Vacate Hearing and Dismiss With Prejudice (ECF No. 24), the Court GRANTS the stipulated motion, and DISMISSES this case WITH PREJUDICE, with each side to bear its own attorneys' fees and costs.

The Clerk is instructed to CLOSE this case.

**SO ORDERED.**

DATED this 28th day of February, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge